

ORIGINAL

JOHN HARRIS PAER    #1551-0
41 B Kepola Place
Honolulu, Hawaii  96817
Telephone:  (808) 595-7179
Facsimile:  (808) 595-3918
email: paerj001@hawaii.rr.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARY FARRELL,<br><br>      Plaintiff,<br><br>  vs.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>      Defendant. | CIVIL NO. 06-00425 JMS-LEK<br><br>STIPULATION FOR DISMISSAL<br>WITH PREJUDICE OF ALL CLAIMS<br>AND PARTIES; ORDER |

LODGED
OCT 30 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

STIPULATION FOR DISMISSAL WITH PREJUDICE
OF ALL CLAIMS AND PARTIES

COME NOW Plaintiff and Defendant, by and through their undersigned counsel and, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate and agree that all claims against all parties herein are dismissed with prejudice, each party to bear their own costs and attorneys fees.

All parties who have made an appearance in this case have signed this stipulation. No motion for summary judgment has been filed by either party and trial has not been set. There are no remaining issues and/or parties.

DATED: Honolulu, Hawaii, 10/30/06

_____
JOHN HARRIS PAER
Attorney for Plaintiff

_____
MICHIRO IWANAGA
Attorney for Defendant

IT IS SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES, FARRELL V. NCO FINANCIAL SYSTEMS, INC., CIV. NO. 06-00425 JMS-LEK